# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DUANE GREGLEY,** | ) | CASE NO. 1:14CV50 |
| | ) | |
| **Petitioner,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| **MARGARET BRADSHAW,** | ) | |
| | ) | |
| **Respondent.** | ) | |

Before the Court is the Report and Recommendation of Magistrate Judge George Limbert ("R & R") **(Doc. # 7)**. The R&R recommends that the Court dismiss as time-barred Petitioner Duane Gregley's 28 U.S.C. § 2254 petition for writ of habeas corpus ("2254 Petition")**(Doc. # 1)**. The R&R also recommends that the Court deny as moot Gregley's pending motion to expand the record (**Doc. # 3**).

Under 28 U.S.C. § 636(b)(1) a habeas petitioner has 14 days after being served a copy of the R&R to file written objections. A copy of the R&R was mailed to Petitioner on August 29, 2014. In this case, 21 days have elapsed since the R&R was issued, and Petitioner has filed neither an objection nor a request for an extension of time to file one.

Failure to file objections by the deadline constitutes a waiver of the right to obtain a de novo review of the R&R in the district court, United States v. Walters, 638 F.2d 947, 949 (6th Cir. 1981), and a waiver of the right to appeal. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985).

The Court has reviewed the Magistrate Judge's R&R and agrees that the 2254 Petition should be dismissed as time-barred and that the pending motion to expand the record should be denied as moot. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (**Doc. # 7**).

**IT IS SO ORDERED.**

<u>*/s/ Dan Aaron Polster     September 19, 2014*</u>
**Dan Aaron Polster**
**United States District Judge**